ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMES A SANDERS, Jr., and NANETTE SANDERS, Plaintiffs, | ) ) ) ) |
| and | ) |
| BUILDERS INSURANCE GROUP, INC., Intervenor, | ) ) ) ) |
| v | ) ) |
| LULL INTERNATIONAL, INC, and RENTAL SERVICE CORPORATION, INC., Defendants, and | ) ) ) ) ) |
| RENTAL SERVICE CORPORATION, INC., Third-Party Plaintiff, v. | ) ) ) ) |
| TRH CONSTRUCTION COMPANY, INC., Third-Party Defendant | ) ) ) |

Civil Action No.: CV 402-141

## **ORDER**

Having fully read and considered Plaintiffs' Motion to Transfer Venue to the Brunswick Division and Defendant Rental Service Corporation, Inc.'s Response to Plaintiffs' Motion to Transfer Venue to the Brunswick Division and all other pleadings responsive to Plaintiffs' Motion, it is hereby ordered that Plaintiffs' Motion to Transfer Venue to the Brunswick Division is DENIED. This action will remain in the Savannah Division of the United States District Court for the Southern District of Georgia.

SO ORDERED this 21 day of Feb., 2003.

_____
Judge B. Avant Edenfield
United States District Court for the
Southern District of Georgia

Order Prepared By
Rob Kelly
Georgia Bar No. 413059
INGLESBY, FALLIGANT, HORNE,
COURINGTON & CHISHOLM, P C
Post Office Box 1368
Savannah, Georgia 31402-1368
(912) 232-7000
Facsimile (912) 238-0286

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    4:02-cv-00141
Date Served:    February 21, 2003
Served By:

Attorneys Served:

Lloyd N. Bell, Esq.
Thomas A. Withers, Esq.
Richard B. North Jr., Esq.
Michael V. Herskowitz, Esq.
Roy Robinson Kelly IV, Esq.
Glen M. Darbyshire, Esq.
William G. Cromwell, Esq.
Derek J. White, Esq.
Jordon D. Morrow, Esq.

✓ Copy placed in Minutes

✓ Copy given to Judge

___ Copy given to Magistrate